IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY P. BARTUNEK, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:16CV69 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| EFRAME, LLC, BRANDON NYFFELER, and MARCO TECHNOLOGIES, LLC, | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff, who is proceeding pro se, has moved (Filing 36) to file an amended brief with exhibits in opposition to the motion for summary judgment (Filing 23) filed by defendant Marco Technologies, LLC ("Marco"), in order to correct deficiencies under this court's local rules. I shall allow the amendment and give Marco an opportunity to respond.

IT IS ORDERED:

1. Plaintiff's motion (Filing 36) to file an amended brief in opposition to the pending motion for summary judgment (Filing 23) filed by defendant Marco Technologies, LLC, is granted, and the amended brief and exhibits contained in Filing 36 are accepted, will be considered as Plaintiff's operative response to defendant Marco's motion for summary judgment, and shall supersede Plaintiff's original response (Filing 26) to Marco's motion for summary judgment;

2. Defendant Marco Technologies, LLC, may reply to Plaintiff's amended response within 10 days of the date of this order, after which its motion for summary judgment (Filing 23) shall be ripe for resolution.

DATED this 2nd day of June, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge