IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY P. BARTUNEK,<br><br>        Plaintiff,<br><br>vs.<br><br>EFRAME, LLC, BRANDON NYFFELER, AND MARCO TECHNOLOGIES, LLC,<br><br>        Defendants. | **8:16CV69**<br><br>**ORDER** |

For good cause shown,

IT IS ORDERED that Defendant eFrame's motion, (Filing No. 49), is granted, and its deadline to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to August 25, 2016.

July 27, 2016.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge