IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY P. BARTUNEK,<br><br>    Plaintiff,<br><br> vs.<br><br>EFRAME, LLC,<br><br>    Defendant. | 8:16CV069<br><br>ORDER |

Defendant eFrame, LLC has filed a Statement of Termination, is no longer an ongoing business, and has advised its counsel that it no longer wants counsel's representation. Defense counsel has moved to withdraw. (Filing No. 70). Plaintiff has not responded to the motion and the deadline for doing so has passed. The motion to withdraw is deemed unopposed.

IT IS ORDERED:

1) The motion to withdraw filed by Margaret C. Hershiser, Kristin M.V. Krueger, and Koley Jessen P.C., L.L.O. as counsel of record for eFrame, LLC (Filing No. 70), is granted.

2) The clerk shall mail a copy of this order to Defendant at eFrame, LLC, c/o Jerry Pont, 12020 Shamrock Plaza, Suite 105, Omaha, Nebraska 68154.

3) The clerk shall set a case management deadline of March 2, 2017 to check on the status of case progression.

January 31, 2017.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge