IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY P. BARTUNEK, | |
|---|---|
| Plaintiff, | **8:16CV69** |
| vs. | |
| EFRAME, LLC, | **ORDER** |
| Defendant. | |

On January 31, 2017 the Court granted a motion to withdraw filed by Defendant eFrame, LLC's counsel. ([Filing No. 73](#)).

IT IS ORDERED:

1) Defendant eFrame, LLC, a limited liability company, cannot litigate its action in this forum without representation by licensed counsel. [Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994)](#). On or before June 9, 2017, Defendant eFrame, LLC shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

2) The clerk shall mail a copy of this order to Defendant at eFrame, LLC, c/o Jerry Pont, 12020 Shamrock Plaza, Suite 105, Omaha, Nebraska 68154.

3) The clerk shall mail a copy of this order to pro se Plaintiff Bartunek at 2244269 CJ-Douglas, Douglas County Correction Center 710 South 17th Street, Omaha, NE 68102.

Dated this 10th day of May, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge